**SIMAKAS BROTHERS, INC., Appellant,**

v.

**SEANOR COAL COMPANY, Inc.**

No. 15459.

United States Court of Appeals
Third Circuit.

Argued Jan. 18, 1966.

Decided Feb. 10, 1966.

Loyal H. Gregg, Pittsburgh, Pa. (White, Jones & Gregg, George E. Flinn, Moorhead & Knox, Pittsburgh, Pa., on the brief), for appellant.

Michael J. Boyle, Pittsburgh, Pa. (Alexander Unkovic, Meyer, Unkovic & Scott, Pittsburgh, Pa., on the brief), for appellee.

Before KALODNER, Chief Judge, and McLAUGHLIN and GANEY, Circuit Judges.

PER CURIAM:

On review of the record we cannot say that the District Court's Findings of Fact were clearly erroneous.

The Order of the District Court dated May 7, 1965 will be affirmed.

**Paul G. TANIS, Appellant,**

v.

**Billie TANIS.**

No. 15452.

United States Court of Appeals
Third Circuit.

Argued Jan. 18, 1966.

Decided Feb. 9, 1966.

Herman P. Weinberg, Philadelphia, Pa., for appellant.

Steven A. Arbittier, Philadelphia, Pa. (Anthony S. Minisi, Philadelphia, Pa., Wolf, Block, Schorr and Solis-Cohen, Philadelphia, Pa., on the brief), for appellee.

Before KALODNER, Chief Judge, and McLAUGHLIN and GANEY, Circuit Judges.

PER CURIAM:

On review of the record we find no error. The Order of the District Court dated May 3, 1965 will be affirmed.

**UNITED STATES of America**

v.

**Mary Fry DAWSON, Appellant.**

No. 14887.

United States Court of Appeals
Third Circuit.

Argued Jan. 17, 1966.

Decided Feb. 15, 1966.

William D. Morgan, Scranton, Pa., for appellant.

Carlon M. O'Malley, Jr., Asst. U. S. Atty., Scranton, Pa. (Bernard J. Brown, U. S. Atty., Scranton, Pa., on the brief), for appellee.

Before KALODNER, Chief Judge, and McLAUGHLIN and GANEY, Circuit Judges.

PER CURIAM:

On review of the record we find no error. The Judgment of the sentence will be affirmed.